1
R. Joseph Trojan  CA Bar No. 137,067
Trojan@trojanlawoffices.com

2
TROJAN LAW OFFICES

3
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212

4
Telephone:   310-777-8399

5
Facsimile:   310-777-8348

6
Attorneys for Plaintiffs,
TOKAI CORP., SCRIPTO-TOKAI, INC. and

7
CALICO BRANDS, INC.

8

9
**UNITED STATES DISTRICT COURT**

10
**CENTRAL DISTRICT OF CALIFORNIA**

11

12
TOKAI CORP., a Japanese
corporation, SCRIPTO-TOKAI,

13
INC., a Delaware corporation, and
CALICO BRANDS, INC.  a

14
California corporation,

15
             Plaintiffs,

16

17
        v.

18
EASTON ENTERPRISES, INC.,
d.b.a. EASTON SALES, a California

19
corporation, and FLI, Inc.,

20
             Defendants

21

CASE NO. EDCV07-0883 VAP
(FMOx)

**DECLARATION OF R. JOSEPH TROJAN IN SUPPORT OF PLAINTIFFS' REPLY CLAIM CONSTRUCTION BRIEF**

Hearing Date: January 12, 2009
Hon. Virginia A. Phillips

22

23
I, R. Joseph Trojan, declare:

24
        1.        I am an attorney at law, admitted and licensed to practice in the State

25
of California.   I am the principal of the firm Trojan Law Offices, counsel for

26
Plaintiffs Tokai Corporation, Scripto-Tokai, Inc., and Calico Brands, Inc.

27
(collectively, "Plaintiffs") in the above-captioned action.   I have personal

28
-1-

TROJAN LAW OFFICES
BEVERLY HILLS

1    knowledge of the facts set forth below, and if called as a witness could testify

2    thereto.

3        2.    Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent

4    No. 4,904,180 issued to Nitta.

5        3.    Attached hereto as Exhibit 2 is a true and correct copy of

6    Dictionary.com's definition of interfere (dictionary.reference.com/browse/

7    interfere).

8        I declare under penalty of perjury of the laws of the State of California that

9    the foregoing is true and correct.

10

11                            Respectfully submitted by,
                              TROJAN LAW OFFICES
12

13
     Date: December 5, 2008        /s/ R. Joseph Trojan
14                                 R. Joseph Trojan
                                   Attorney for Plaintiffs,
15                                 Tokai Corp., Scripto-Tokai, Inc. and
                                   Calico Brands, Inc.
16

17

18

19

20

21

22

23

24

25

26

27

28                                    -2-

TROJAN LAW OFFICES
BEVERLY HILLS