JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKAI CORP., a Japanese corporation, SCRIPTO-TOKAI, INC., a Delaware corproation, and CALICO BRANDS, INC., a California corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>EASTON ENTERPRISES INC., d.b.a. EASTON SALES, a California corporation, and FLI, Inc.,<br><br>       Defendants. | Case No. EDCV 07-883-VAP (FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that:

(1) Claim 1 of U.S. Patent No. 5,697,775 is invalid pursuant to 35 U.S.C. § 103(a);

(2) Claims 1, 10, and 13 of U.S. Patent No. 5,897,308 is invalid under 35 U.S.C. § 103(a);

(3) Claims 1, 3, and 4 of U.S. Patent No. 6,093,017 is invalid under 35 U.S.C. § 103(a);

(4) Counterclaimants are entitled to judgment in their favor on their Counterclaim; and

(5) Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

The Court orders that such judgment be entered.

Dated: <u>October 23, 2009</u>

VIRGINIA A. PHILLIPS
United States District Judge